UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FERNANDO GASTELUM,

Plaintiff,

v.

SPSM INC. et al,

Defendants.

Case No. 2:26-cv-06704-SB-AJR

ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

After the clerk entered default against Defendant Depti Patel, the Court ordered Plaintiff to file a motion for default judgment by October 21, 2026, warning that "[f]ailure to timely file the motion – or, in the alternative, a status report explaining why the motion should not now be filed – may result in dismissal for failure to prosecute." Dkt. No. 28. The deadline has now passed, and Plaintiff has filed neither a motion for default judgment nor a status report seeking an extension. Accordingly, Plaintiff is ordered to show cause in writing by November 2, 2026, why this case should not be dismissed without prejudice for lack of prosecution. Failure to timely respond will be deemed consent to dismissal of Plaintiff's claims without prejudice.

Date: October 26, 2026

Stanley Blumenfeld, Jr.
United States District Judge